# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERMAN GEOVANNY VIERA-QUINTANILLA,<br><br>Defendant. | Case No. 18CR2733-L<br><br>**ORDER AND JUDGMENT OF DISMISSAL ON UNITED STATES' MOTION TO DISMISS INFORMATION** |

Having considered the United States' Motion to Dismiss the Information in this case without prejudice pursuant to Fed. R. Crim. P. 48(a), this Court hereby grants the United States leave of court to dismiss the information in this case. Accordingly, the complaint is hereby dismissed, without prejudice, pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

Dated: October 18, 2018

Hon. M. James Lorenz
United States District Judge